AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rogers, III, Thomas E. | U.S. District Court, SC | 9/26/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge -Full-time | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

Post Office Box 2317
Florence, SC 29501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 9/26/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | TD Ameritrade | Margin account | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 9/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LLC # 1, Rental real estate, Florence, SC (11/2001, $69,000) | | None | | | Sold (part) | 03/18/11 | J | A | Doulaveris Holdings, LLC |
| 2. | | None | | | Sold | 01/03/11 | L | A | George M Creel |
| 3. ▢ a Florence C, ▢ a Marion C, SC (1/2011, $60,000) | | None | L | R | Buy | 01/03/11 | L | | George M Creel |
| 4. ▢ acres, Florence County, SC farm (5/11/2007, $192,500) | | None | | | Sold | 9/20/11 | M | E | DJ & SJ Searcy |
| 5. Brokerage account # 1 (Marked as # 1) | | | | | | | | | |
| 6. First Clearing, LLC - Cash balance | A | Int./Div. | J | T | | | | | |
| 7. # 1 - Citigroup | A | Dividend | J | T | | | | | |
| 8. # 1 - CREE, Inc. C | | None | | | Sold | 03/23/11 | J | A | |
| 9. # 1 - Dragonwave, Inc. | A | Int./Div. | J | T | Buy | 04/18/11 | J | | |
| 10. # 1 - Frontier Communications Corp | A | Dividend | J | T | | | | | |
| 11. # 1 - Verizon Communications Com | A | Dividend | J | T | | | | | |
| 12. # 1 - SC Jobs Econ DV Ath Stdnt 4.25% 8/01/24 "Y" | A | Int./Div. | J | T | | | | | |
| 13. Brokerage account # 2 (Marked as # 2) | | | | | | | | | |
| 14. # 2 - Cash balance -First Clearing, LLC | A | Int./Div. | J | T | | | | | |
| 15. # 2 - Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 16. # 2 - PG&E Corp | A | Dividend | J | T | | | | | |
| 17. Brokerage account # 3 (Marked as # 3) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 9/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. # 3 - Ameritrade MMDA Account - Cash balance | A | Int./Div. | J | T | | | | | |
| 19. # 3 - AVI BioPharma, Inc. | | None | J | T | | | | | |
| 20. | | | | | Sold (part) | 12/15/11 | J | A | |
| 21. | | | | | Sold (part) | 12/15/11 | J | A | |
| 22. | | None | J | T | Buy (add'l) | 3/15/11 | J | | |
| 23. | | None | J | T | Buy (add'l) | 08/08/11 | J | | |
| 24. | | None | J | T | Buy (add'l) | 10/07/11 | J | | |
| 25. # 3 - Citigroup, Inc. | | None | | | Sold | 01/18/11 | J | B | |
| 26. # 3 - Dragon Wave, Inc. | | None | J | T | | | | | |
| 27. | | | | | Sold (part) | 06/03/11 | J | A | |
| 28. # 3 - Finisar Corporation Com | | None | | | Buy | 03/09/11 | J | | |
| 29. | | | | | Sold | 06/17/11 | J | A | |
| 30. | | None | | | Buy (add'l) | 03/17/11 | J | | |
| 31. | | | | | Sold | 09/01/11 | J | A | |
| 32. | | None | | | Buy (add'l) | 06/07/11 | J | | |
| 33. | | | | | Sold | 09/01/11 | J | A | |
| 34. | | None | | | Buy (add'l) | 06/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 6 of 11

Name of Person Reporting

Rogers, III, Thomas E.

Date of Report

9/26/2012

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 06/22/11 | J | A | |
| 36. | | None | | | Buy (add'l) | 08/12/11 | J | | |
| 37. | | | | | Sold | 09/01/11 | J | A | |
| 38. | | None | | | Buy (add'l) | 08/16/11 | J | | |
| 39. | | | | | Sold (part) | 08/22/11 | J | A | |
| 40. | | | | | Sold | 08/22/11 | J | A | |
| 41. | | None | | | Buy (add'l) | 09/29/11 | J | | |
| 42. | | | | | Sold | 11/16/11 | J | A | |
| 43. #3 - First Finl Hldgs Inc Com | | None | | | Sold | 12/05/11 | J | C | |
| 44. | A | Dividend | | | Buy (add'l) | 01/28/11 | J | | |
| 45. | | | | | Sold | 02/25/11 | J | A | |
| 46. | A | Dividend | | | Buy (add'l) | 09/22/11 | J | | |
| 47. | | | | | Sold | 12/05/11 | J | A | |
| 48. | A | Dividend | | | Buy (add'l) | 10/04/11 | J | | |
| 49. | | | | | Sold | 12/05/11 | J | A | |
| 50. #3 - Marvell Technology Group Ltd Com | | None | | | Buy | 03/18/11 | J | | |
| 51. | | | | | Sold (part) | 03/15/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 9/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 05/09/11 | J | A | |
| 53. | | | | | Sold | 05/09/11 | J | A | |
| 54. | | None | | | Buy (add'l) | 08/03/11 | J | | |
| 55. | | | | | Sold | 11/15/11 | J | A | |
| 56. | | None | | | Buy (add'l) | 08/10/11 | J | | |
| 57. | | | | | Sold | 12/12/11 | J | A | |
| 58. | | None | J | T | Buy (add'l) | 11/28/11 | J | | |
| 59. | | None | J | T | Buy (add'l) | 12/15/11 | J | | |
| 60. #3 - MIPS Technologies Inc. - Class A Com | | None | J | T | Buy | 11/23/11 | J | | |
| 61. #3 - PMC-Sierra Inc Com | | None | J | T | Buy | 01/18/11 | J | | |
| 62. | | None | J | T | Buy (add'l) | 01/20/11 | J | | |
| 63. | | None | J | T | Buy (add'l) | 01/20/11 | J | | |
| 64. #3 - Quicklogic Corporation Com | | None | | | Buy | 02/18/11 | J | | |
| 65. | | | | | Sold | 03/15/11 | J | A | |
| 66. First Federal checking | | None | J | T | | | | | |
| 67. NBSC (also called National Bank of South Carolina) | A | Interest | K | T | | | | | |
| 68. Wells Fargo , NA | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 9/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Equitable Variable: EQ Agresssive (whole life policy) | | None | J | T | | | | | |
| 70. Jefferson-Pilot Adjustable Life policy | | None | J | T | | | | | |
| 71. UGMA # A (Marked as # A) | | | | | | | | | |
| 72. # A - Capital World Growth & Income Fund Inc Cl C | A | Dividend | J | T | | | | | |
| 73. # A - First Clearing, LLC - Cash balance | A | Interest | J | T | | | | | |
| 74. # A American Funds (Education Savings Account)(no control) | A | Int./Div. | J | T | | | | | |
| 75. UGMA # A, Trust 1 (Marked as #AT1) | | | | | | | | | |
| 76. # AT1 - First Clearing, LLC - Cash balance | A | Dividend | J | T | Open | 06/14/11 | K | | |
| 77. # AT1 - Russell Invt Co Global Infrastructure Fd Class S | A | Dividend | J | T | Buy | 06/14/11 | J | | |
| 78. # AT1 - Russell Invt Co Commodity Strategies Fd Cl S | A | Dividend | J | T | Buy | 06/14/11 | J | | |
| 79. # AT1 - Russell Invt Co Global Opportunistic Cr Fd Cl S | A | Dividend | J | T | Buy | 06/14/11 | J | | |
| 80. # AT1 - Russell Emerging Mkts Cl S | A | Dividend | J | T | Buy | 06/14/11 | J | | |
| 81. # AT1 - Russell Invt Co Global Real Estate Secs Fd Cl S | A | Dividend | J | T | Buy | 06/14/11 | J | | |
| 82. # AT1 - Russell Glbl Eqty Class S | A | Dividend | J | T | Buy | 06/14/11 | J | | |
| 83. # AT1 - Russell US Core Equity Class S | A | Dividend | J | T | Buy | 06/14/11 | J | | |
| 84. # AT1 - Russell US Sml Mid Cap Class S | A | Dividend | J | T | Buy | 06/14/11 | J | | |
| 85. # AT1 - Russell Intl Develpd Mkts Fd Class S | A | Dividend | J | T | Buy | 06/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 9/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. # AT1 - Russell US Quant Eqty Class S | A | Dividend | J | T | Buy | 06/14/11 | J | | |
| 87. UGMA # B (Marked as # B) | | | | | | | | | |
| 88. # B - Capital World Growth & Income Fund Inc. Cl C | A | Dividend | J | T | | | | | |
| 89. # B First Clearing, LLC - Cash balance | A | Interest | J | T | | | | | |
| 90. # B Future Scholar 529 College Savings Plan (no control) | A | Int./Div. | J | T | | | | | |
| 91. # B - BP PLC stock | A | Dividend | J | T | | | | | |
| 92. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 9/26/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, page 4, line 1, Column B(1) for LLC # 1, Rental real estate, Florence, SC (11/2001, $69,000) received no rental income for the year. The property was sold in two separate parcels (reported on line 1 and line 2) to two different persons. Therefore, column B (2) is"None."

Part VII, lines 6, 14, 18, 73, 76, and 89 are the money market account portions of the brokerage accounts which act as sweep accounts for uninvested cash in that specific brokerage account. We believe these to be a widely held accounts because they are a part of the brokerage accounts.

Part VII, lines 5, 13, 17, 71, 75 and 87 are header lines for the investments listed below the specific line.

Part VII, line 68 Wachovia Bank, NA is now (Name change) Wells Fargo, NA.

Part VII, line 3, ___ acres Florence County, SC, ___ acres Marion County, SC received no income for the year therefore, column B(2) is "None."

Part VII, line 26 A sale of some of the shares owned are reported on line 27. The shares owned at year end are included on line 26.

Part VII, line 50 This asset was sold at three different times as evidenced by lines 51, 52 and 53.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Thomas E. Rogers, III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544